**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:05-CV-327-K**

ARON DOUGLAS,

    **Plaintiff,**

v.                                                          **ORDER**

**HILLCREST FOODS, INC.,**
d/b/a Waffle House,

    **Defendant.**

      This matter is before the Court on Defendant Hillcrest Foods, Inc., d/b/a Waffle House's Motion for Admission *Pro Hac Vice* of Hunter R. Hughes, pursuant to Local Rule 83.1(B) of the Rules of the United States District Court for the Western District of North Carolina.

      It appears that the person for whom leave to appear is sought, Hunter R. Hughes of the law firm of Rogers & Hardin, LLP of Atlanta, Georgia, is a member in good standing of the Bars of Georgia and the District of Columbia, and is admitted to practice in various other Courts;

      It further appears that Mr. Hughes has associated Karin M. McGinnis and N. Renee Hughes of the Mecklenburg County, North Carolina Bar as local counsel.

      IT IS THEREFORE ORDERED that Hunter R. Hughes be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Defendant Hillcrest Foods, Inc., d/b/a Waffle House.

**Signed: December 16, 2005**

_____
David C. Keesler
United States Magistrate Judge