# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO: 3:05CV327

| | |
|---|---|
| ARON DOUGLAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HILLCREST FOODS, INC., )<br>d/b/a Waffle House, )<br>)<br>Defendant. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. The undersigned notes that there has been no certification of a Rule 26(f) conference in this matter.

**IT IS, THEREFORE, ORDERED** that the parties confer pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1(A) and file a written report, jointly if possible, of that initial attorneys' conference, along with a proposed discovery plan, on or before **May 4, 2007**.

Signed: April 9, 2007

David C. Keesler
United States Magistrate Judge