# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| ARON DOUGLAS,   )<br>    )<br>    Plaintiff,   )<br>    )<br>v.    )<br>    )<br>HILLCREST FOODS, INC., d/b/a Waffle House,   )<br>    )<br>    Defendant.   )<br>    ) | CIVIL NO. 3:05CV327-K |

## ORDER

The parties' Joint Stipulation of Dismissal With Prejudice, having been duly considered, is hereby GRANTED.

It is ORDERED that this action be dismissed with prejudice. Each party shall bear its own attorney's fees, costs and expenses.

Signed: July 16, 2007

_____
David C. Keesler
United States Magistrate Judge